IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARRINGTON K. JOSEPH, | : |
| | : CIVIL ACTION |
| Petitioner, | : |
| v. | : |
| | : NO. 18-2202 |
| SCI-ROCKVIEW SUPERINTENDENT | |
| MARK GARMAN, et al., | |
| | |
| Respondents. | |

FILED
OCT 18 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 18th day of October, 2018, upon consideration of Petitioner's Motion in Request of Stay and Abeyance (Doc. No. 13) and Respondent's Response thereto (Doc. No. 19), for the reasons stated in a Memorandum Opinion filed this date, it is hereby ORDERED that the Motion is DENIED.

It is FURTHER ORDERED that Petitioner's Motions in Request of Discovery (Doc. Nos. 11 and 15) are DENIED.

BY THE COURT:

/s/ Jacob P. Hart
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE