IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARRINGTON K. JOSEPH,<br><br>   *Petitioner*,<br><br>v.<br><br>SCI-ROCKVIEW SUPERINTENDENT MARK GARMAN, *et al.*,<br><br>   *Respondents*. | CIVIL ACTION<br>NO. 18-2202 |

# ORDER

**AND NOW**, this 31st day of August 2021, upon consideration of Joseph's Petition for a Writ of *Habeas Corpus* (ECF 1), the Amended Petitions (ECF 5, 8, 10, 12), Respondents' Response in Opposition (ECF 25), the Report and Recommendation of United States Magistrate Judge Jacob Hart (ECF 30), and Joseph's Objections (ECF 38), it is hereby **ORDERED** that:

1. Joseph's objections are **OVERRULED** and Magistrate Judge Hart's Report and Recommendation (ECF 30) is **APPROVED** and **ADOPTED**;

2. Joseph's Petition for a Writ of *Habeas Corpus* (ECF 1) and his Amended Petitions (ECF 5, 8, 10, 12) are **DENIED** and **DISMISSED**;

3. No certificate of appealability shall issue;[1]

4. This case shall be **CLOSED** for statistical purposes.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                GERALD J. PAPPERT, J.

---

[1]  Reasonable jurists would not debate the Court's disposition of petitioner's claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).